AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gold, Steven M. | U.S. District Court EDNY | 05/25/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East Chambers 1217S
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | P/time Adjunct Prof. of Law | Brooklyn Law School |
| 2. | Board Member | ▆▆▆ Treasurer ▆▆▆ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/4/19 | JAMS - to commence employment some time between October 2020 and Janaury 2021, after I retire. This has been reported to the AO pursuant to the Stock Act. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/25/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Salary/Adj Prof of Law/Brooklyn Law School | $17,015.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Salary/Executive Director, |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gold, Steven M.** | 05/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CHASE CHECKING | A | Interest | J | T | | | | | |
| 2. CHASE PLUS SAVING | A | Interest | J | T | | | | | |
| 3. CHASE DYNAMIC YIELD STRAT. | | | | | | | | | |
| 4. -SIT Dividend Growth | A | Int./Div. | | | Sold | 01/18/19 | J | A | |
| 5. -Cohen & Steers Pref's Sec & Inc | B | Int./Div. | K | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 6. | | | | | Buy<br>(add'l) | 04/16/19 | J | | |
| 7. Matthews Asia Divided | A | Int./Div. | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 8. | | | | | Sold<br>(part) | 07/15/19 | J | A | |
| 9. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 10. Blackrock High Yield Bond | A | Int./Div. | J | T | Sold<br>(part) | 05/30/19 | J | A | |
| 11. - Doubleline Total Return | B | Int./Div. | K | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 12. | | | | | Sold<br>(part) | 03/18/19 | J | A | |
| 13. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 14. TRP Inst Floating Rate | A | Int./Div. | J | T | Sold<br>(part) | 01/11/19 | J | A | |
| 15. -Metropolitan West Funds | B | Int./Div. | K | T | Buy<br>(add'l) | 08/28/19 | J | | |
| 16. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 17. Lord Abbett Invt Tr | A | Int./Div. | J | T | Sold<br>(part) | 05/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 09/16/19 | J | A | |
| 19. | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 20. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 21. Credit Suisse Floatig Rate High Inc | A | Int./Div. | | | Sold<br>(part) | 01/09/19 | J | A | |
| 22. | | | | | Sold<br>(part) | 01/11/19 | J | A | |
| 23. | | | | | Sold<br>(part) | 02/05/19 | J | A | |
| 24. | | | | | Sold<br>(part) | 02/06/19 | J | A | |
| 25. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 26. | | | | | Sold | 11/19/19 | J | A | |
| 27. Federated Inst Hi Yld Bond | A | Int./Div. | J | T | Sold<br>(part) | 12/16/19 | J | A | |
| 28. Nuveen Invt Tr V Pfd Secs Cl R | A | Int./Div. | J | T | | | | | |
| 29. American Beacon GLG TR | A | Int./Div. | | | Sold<br>(part) | 06/18/19 | J | A | |
| 30. | | | | | Sold | 10/29/19 | J | A | |
| 31. John Hancock II Str Inc I | A | Interest | J | T | Sold<br>(part) | 05/24/19 | J | A | |
| 32. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 33. Pimco Mortgage Opportunities | A | Int./Div. | J | T | Buy<br>(add'l) | 06/18/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 06/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 36. Muzinch Low Durat- Supr Inst | A | Int./Div. | J | T | Buy (add'l) | 07/05/19 | J | | |
| 37. Metropolitan West t/r | A | Int./Div. | K | T | Buy (add'l) | 05/15/19 | J | | |
| 38. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 39. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 40. Voya FLoating Rate | A | Int./Div. | | | Sold (part) | 01/11/19 | J | A | |
| 41. | | | | | Sold (part) | 10/11/19 | J | A | |
| 42. | | | | | Sold | 10/18/19 | J | A | |
| 43. MFS Ser Tr III Muni | A | Int./Div. | J | T | Buy (add'l) | 06/18/19 | J | | |
| 44. MFS Municipal High | A | Int./Div. | J | T | Buy (add'l) | 06/19/19 | J | | |
| 45. Pimco Short Term FD Instl | A | Int./Div. | | | Sold (part) | 06/18/19 | J | A | |
| 46. | | | | | Sold | 06/19/19 | J | A | |
| 47. Vanguard Div Appr | A | Int./Div. | J | T | Sold (part) | 03/01/19 | J | A | |
| 48. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 49. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 50. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 51. Pimco Dynamic Bond | A | Int./Div. | J | T | Buy (add'l) | 02/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR S&P Dividend | A | Int./Div. | | | Sold (part) | 03/22/19 | J | A | |
| 53. | | | | | Sold (part) | 05/10/19 | J | A | |
| 54. | | | | | Sold (part) | 08/07/19 | J | A | |
| 55. | | | | | Sold | 10/08/19 | J | A | |
| 56. Mainstay McKay High Yield | A | Int./Div. | J | T | Buy | 01/11/19 | J | | |
| 57. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 58. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 59. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 60. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 61. Hartford Mut Funds Core Equity | B | Int./Div. | K | T | Buy | 01/17/19 | J | | |
| 62. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 63. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 64. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 65. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 66. Ishares Short Term Corp Bond | A | Int./Div. | J | T | Buy | 06/18/19 | J | | |
| 67. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 68. | | | | | Buy (add'l) | 06/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 70. Fidelity Real Est Inc | A | Int./Div. | J | T | Buy | 10/18/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 72. Ishares Treasury Bond | A | Int./Div. | J | T | Buy | 10/30/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 75. Pear Tree Polaris Foreign Val | A | Int./Div. | J | T | Buy | 12/16/19 | J | | |
| 76. VANGUARD HEALTHCARE FUND IRA | E | Dividend | L | T | | | | | |
| 77. T ROWE PRICE RTMNT. PLAN | | | | | | | | | |
| 78. - T Rowe Price Personal Strategy(renamed Spectrum) Fund 403(b) | E | Dividend | M | T | | | | | |
| 79. - T Rowe Price Health Sciences Fund 403(b) | E | Dividend | M | T | | | | | |
| 80. - T Rowe Price Prime Reserve(renamed Govt) Fund 403(b) | A | Dividend | K | T | | | | | |
| 81. REFORM PENSION BOARD 403(b) | | | | | | | | | |
| 82. -Ref. Pens Bd. Apprecn &Inc. Fund 403(b) | F | Int./Div. | N | T | Buy<br>(add'l) | 01/01/19 | K | | |
| 83. -Reform Jewish Values Fund | D | Int./Div. | K | T | Buy<br>(add'l) | 01/01/19 | J | | |
| 84. UBS WEALTH MNGMNT ACCT | | | | | | | | | |
| 85. Vanguard S&P 500 X | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gold, Steven M.** | 05/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Three Certificates of Deposit X | A | Interest | K | T | Redeemed (part) | 10/18/19 | J | A | |
| 87.  Cash | B | Int./Div. | M | T | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 05/25/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Lines 3, 77, 81, and 84 are headers.

2) The acquisitions for the Reform Pension Board accounts reported on Lines 81-83 are stated in this report as having been made on January 1, 2019, as a matter of convenience only; the acquisitions were in fact made on multiple occasions throughout the year as part of ▮▮▮▮▮▮ employer contributions and payroll deductions.  The precise dates are irregular and not readily available to me.

3) The UBS Wealth Management account reported on Lines 84-87 was in fact opened in 2017 but was not reported on my prior reports.  The account was opned for ▮▮▮▮ by ▮▮▮▮▮▮▮▮ and for that reason escaped my notice until this year, when ▮▮▮▮▮▮▮▮ passed away.  I have reported it this year as accurately as the information on line permits.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Gold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544